## WOODS v. STATE.
### No. 23866.

Court of Criminal Appeals of Texas.
Jan. 7, 1948.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with the offense of possessing whisky for the purpose of sale in a dry area. He entered a plea of guilty to said charge and the court assessed a fine of $200, a jury having been waived.

The record contains no statement of facts nor bills of exception. The proceedings are regular. Nothing is presented for our consideration.

The judgment is affirmed.